■ In the Matter of JOSEPHINE BELL, Appellant, v CITY OF NEW YORK, Respondent.

Under the circumstances of this case, we find that the Supreme Court improvidently exercised its discretion in denying the petitioner's application for leave to file a late notice of claim *(see, Matter of Harris v Dormitory Auth.,* 168 AD2d 560; *Rosenblatt v City of New York,* 160 AD2d 927; *Baldeo v City of New York,* 127 AD2d 809; *Matter of Cannistra v Town of Putnam Val.,* 124 AD2d 801). Kunzeman, J. P., Balletta, Miller and Ritter, JJ., concur.